FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW STEVEN CROSS,<br><br>        Petitioner,<br><br>   v.<br><br>MATHEW CATE, Director of Corrections; A. HEDGPETH, Warden,<br><br>        Respondents. | NO. ED CV 08-1389-VAP(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: February 13, 2009.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE